■ In the Matter of the Estate of MARY HERLIHY, Deceased. CATHERINE BAUMAN et al., Appellants; RONALD C. HERLIHY, Respondent.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect and be ready to argue or submit the appeal at the March Term, beginning

March 4, 1963; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 8, 1963. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.